# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00794-CR

**John Bass, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
## NO. CR2013-158, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

In the above cause, the State's brief was originally due on June 20, 2016, and the State has been granted two extensions, for a total of 90 days. The State has now filed a third motion for extension of time, seeking an additional 30 days to file the brief, which would make the brief due on October 19, 2016. In the motion, counsel for the State represents that this is the "last" extension that will be requested by the State, and we agree that it should be. Accordingly, we grant the motion and extend the deadline to the following Monday, October 24, 2016. No further extensions will be granted.

It is ordered September 22, 2016.

Before Justices Puryear, Pemberton, and Field

Do Not Publish